

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-92,095-02

### EX PARTE ROBERT LEE CRIDER, JR., Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. B1873-2 IN THE 198TH DISTRICT COURT FROM KERR COUNTY

*Per curiam*.

### O R D E R

Applicant was convicted of driving while intoxicated, third or more, and sentenced to seventy years' imprisonment. The Fourth Court of Appeals affirmed his conviction. *Crider v. State*, No. 04-18-00856-CR (Tex. App.—San Antonio Sep. 4, 2019) (not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

The Court received this writ application on March 28, 2022. On April 6, 2022, this Court dismissed it for failing to comply with the rules of appellate procedure. However, on

April 4, 2022, Applicant filed an amended application for writ of habeas corpus in the trial court and it was forwarded to this Court. The amended application complies with the rules of appellate procedure. This Court has determined that the writ was dismissed in error. After reconsideration on its own motion, the Court finds that the application should have been dismissed pursuant to TEX. CODE CRIM. PROC. Art. 11.07, § 4(a)-(c). Accordingly, the Court withdraws its prior order dismissing this application for failing to comply with the rules of appellate procedure and enters an order dismissing this application pursuant to TEX. CODE CRIM. PROC. Art. 11.07, § 4(a)-(c).

Applicant's writ application is dismissed.


Filed: April 27, 2022

Do not publish